# COURT MINUTES

## Magistrate Judge Melissa Damian

**Atkins Building Courthouse - 5th Floor**     Date: 8/14/2023     Time: 10:00 a.m.

Defendant: 2) Schneeka Parker     J#: BOND     Case #: 23-20319-CR-MIDDLEBROOKS
AUSA: Emily Stone     Attorney: Simon P. Dray (CJA)
Violation: Conspiracy to import a controlled substance
Proceeding: Arraignment     CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No     Recommended Bond:
Bond Set at: STIP $150K PSB     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

Disposition:
*Brady Order given on 7/24/23
*Waiver of Personal Appearance filed on 8/8/23
**The Court accepts the WAIVER**
**Defendant Arraigned**
*Reading of **Indictment** Waived*
*Not Guilty Plea Entered*
*Jury Tral Demanded*
*Standing Discovery Order Requested*

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:05:47     Time in Court: 1